**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

PATRICK L. SHERMAN
ADC #96304                                                                                              PLAINTIFF

V.                                            5:07CV00206 JMM/JTR

ARKANSAS DEPARTMENT OF CORRECTION, et al.                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, separate Defendant Arkansas Department of Correction is DISMISSED, WITH PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. The Clerk is directed to add Classification Officer V. King as a Defendant in this action.

4. The Clerk is directed to prepare a summons for Defendants Norris, Brewer, and King, and the United States Marshal is directed to serve the summons, the Complaint (docket entry #1), the Amended Complaint (docket entry #3), the Second Amended Complaint (docket entry #6), and

this Order upon them through the ADC Compliance Division, without prepayment of fees and costs or security therefor.[1]

Dated this 26th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

---

[1] If any of the Defendants are no longer ADC employees, the ADC Compliance Office shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.