**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

PATRICK L. SHERMAN
ADC #96304                                                                          PLAINTIFF

V.                                        5:07CV00206 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                              DEFENDANTS

<u>**ORDER**</u>

   The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge J. Thomas Ray and the filed objections.  After carefully considering

these documents and making a *de novo* review of the record in this case, the Court concludes that

the Proposed Findings and Recommended Disposition should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects.

   IT IS THEREFORE ORDERED that:

   1.  Defendants' Motion to Dismiss (docket entry #22) is GRANTED, and this case is

DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to fully and properly exhaust his

administrative remedies.

   2.  The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order and the accompanying Judgment would not be taken in good faith.

   3.  Plaintiff's Motion to Join Persons Needed For A Just Adjudication (docket entry #26)

is DENIED, AS MOOT.

   Dated this 5th day of February, 2008.

                    _____
                    UNITED STATES DISTRICT JUDGE