## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PATRICK L. SHERMAN
ADC #96304                                                                                              PLAINTIFF

V.                                    5:07CV00206 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 5th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE