# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PATRICK L. SHERMAN
ADC #96304                                                                                               PLAINTIFF

V.                                          5:07CV00206 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                              DEFENDANTS

## ORDER

Pending is Plaintiff's motion to revise the Court's Orders adopting the proposed findings and recommended dispositions received from United States Magistrate Judge J. Thomas Ray. (Docket # 42). Plaintiff argues that the Court failed to rule on the timely objections he filed.

As stated in the Court's Orders entered September 26, 2007 and February 5, 2008, the Court reviewed and considered Plaintiff's objections prior to approving and adopting the proposed findings and recommendations. Accordingly, Plaintiff's motion to revise the Court's Orders is denied.

IT IS SO ORDERED this 20th day of February, 2008

James M. Moody
United States District Judge